UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: KEVIN TINNEY,<br>Debtor | :<br>: | B.K. CASE NO. 04-13806<br>Chapter 7 |
| STACY B. FERRARA, TRUSTEE<br>Plaintiff | | CA 08 212S |
| v. | | A.P. NO. 08-1009 |
| RICHARD P. D'ADDARIO<br>Defendant | | |

**MOTION OF DEFENDANT RICHARD P. D'ADDARIO TO WITHDRAW THE REFERENCE**

NOW COMES the Defendant Richard P. D'Addario ("Defendant"), and hereby moves this Honorable United States District Court ("District Court"), pursuant to 28 U.S.C. § 157(d), to Withdraw the Reference made to the United States Bankruptcy Court for the District of Rhode Island regarding the adversary proceeding filed by the Plaintiff Stacy B. Ferrara, in her capacity as Trustee for the Chapter 7 Debtor Kevin Tinney ("Adversary Proceeding"), in order to have the Adversary Proceeding heard before this District Court in the first instance.

This Motion is supported by the Memorandum filed contemporaneously herewith.

NOTICE

Within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed.R.Bank.P. 9006(f) if you were served by mail or electronically, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Rhode Island Bankruptcy Court Clerk's Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested

relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

Richard P. D'Addario

By his Attorneys,

/s/ Robert D. Wieck

Robert D. Wieck, Esq. #1739
Carl J. Ricci, Esq. #6147
MacADAMS WIECK DeLUCA & GEMMA, INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Date: May 6, 2008

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within Motion to Withdraw the Reference was served by electronic mail through the Bankruptcy Court's Electronic Case Filing system on the 6th day of May 2008, to the following:

Andrew Richardson, Esq.
Boyajian Harrington & Richardson
andy@bhrlaw.com

/s/ Robert D. Wieck

G:\LR6-A\Boulder Brook\Documents\Withdraw Reference Motion 050608.doc