JFP:pac 6731/36 \pleading\673136Answer.wpd

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

KEVIN TINNEY
Debtor

BK 04-13806
CHAPTER 7

STACY B. FERRARA, TRUSTEE
Plaintiff

VS. A.P. NO. 08-1009

RICHARD P. D'ADDARIO
Defendant

## ANSWER OF DEFENDANT, RICHARD P. D'ADDARIO

### PARTIES AND JURISDICTION

1. Admitted.

2. Admitted.

3. Admitted to the extent that Ruth was the co-owner of Belcourt Castle and the Collection.

4. Admitted.

5. This is a statement of the law and in that context, no answer is required. To the extent that an answer is required, the allegation is neither admitted nor denied and the plaintiff is left to her proof.

6. The allegations are denied and the defendant does not consent to entry of final orders or judgments by the bankruptcy judge.

7. This is a statement of the law and in that context, no answer is required. To the extent that an answer is required, the allegation is neither admitted nor denied and the plaintiff is left to her proof.

EXHIBIT
B

**FACTS**

8-20. Admitted.

21. Admitted to the extent that an appeal was taken. Neither admitted nor denied whether the appeal sought a *de novo* review.

22. Admitted.

23. Admitted to the extent that a transcript was not filed with the superior court within the time required by R.I.G.L. §33-23-1. Denied as to the balance of the allegations in paragraph 23.

24. Admitted.

25. This is a statement of the law and in that context, no answer is required. To the extent that an answer is required, the allegation is neither admitted nor denied and the plaintiff is left to her proof.

26-29. Admitted.

**COUNT I - NEGLIGENCE**

30. Defendant incorporates by reference his previous answers to paragraphs 1 through 29.

31. Admitted.

32. *[There is no paragraph 32 in the complaint.]*

33. Admitted.

34. Denied.

35. Denied.

36. Denied.

34*[sic]*. Denied.

## AFFIRMATIVE DEFENSES

1. This court lacks jurisdiction over the subject matter.

2. This court lacks jurisdiction over the defendant.

3. Plaintiff's claim is barred by the statute of limitations.

DEFENDANT, Richard P. D'Addario
By his Attorney,

/s/ Joseph F. Penza, Jr.
Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I electronically filed an answer with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- Andrew S. Richardson, Esq. andy@bhrlaw.com
- Robert D. Wieck, Esq. rwieck@mwdglaw.com

/s/ Joseph F. Penza, Jr.
Joseph F. Penza, Jr., Esq.