# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Adversary Proceeding #: 1:08-ap-01009

*Assigned to:* Judge Arthur N. Votolato
*Related BK Case:* 04-13806
*Related BK Title:* Kevin Tinney
*Related BK Chapter:* 7
*Demand:*

*Date Filed:* 02/20/08

*Nature[s] of Suit:* 02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

**Plaintiff**
-----------------------

**Stacy B. Ferrara**
505 Tiogue Ave., Suite B
Coventry, RI 02816
823-7991

represented by **Andrew S. Richardson**
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600
Email: andy@bhrlaw.com

**Steven J. Boyajian**
Boyajian Harrington and Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600
Fax : 273-9605
Email: steve@bhrlaw.com

V.

**Defendant**
-----------------------

**Richard P. D'Addario**
1 Court House Square
Newport, RI 02840
401-849-0880

Attest a
True Copy
Clerk
By
Deputy Clerk

represented by **Joseph F. Penza, Jr.**
Olenn & Penza LLP
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700
Fax : 737-5499
Email: jfp@olenn-penza.com
*LEAD ATTORNEY*

**Robert D. Wieck**
MacAdams Wieck DeLuca & Gemma Inc
101 Dyer Street
Suite 400
Providence, RI 02903
(401) 454-8700

Fax : 454-8755
Email: rwieck@mwdglaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 02/20/2008 | 1 | Adversary case 1:08-ap-01009. (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))): Complaint by Stacy B. Ferrara against Richard P. D'Addario Fee Amount $250 Answer Due by:3/21/2008. U.S. Governmental Agency Answer due by 3/26/2008. (Richardson, Andrew) (Entered: 02/20/2008) |
| 02/20/2008 | 2 | Summons Issued on Richard P. D'Addario Summons Issued (Richardson, Andrew) (Entered: 02/20/2008) |
| 02/20/2008 | | Receipt of filing fee for Complaint(1:08-ap-01009) [cmp,cmp] ( 250.00). Receipt number 763066, amount $ 250.00. (U.S. Treasury) (Entered: 02/20/2008) |
| 02/20/2008 | 3 | Certificate of Service (related document(s)[2] Summons Issued (auto) filed by Plaintiff Stacy B. Ferrara). Filed by Plaintiff Stacy B. Ferrara. (Richardson, Andrew) (Entered: 02/20/2008) |
| 02/21/2008 | 4 | Alias Summons Issued on Richard P. D'Addario Date Issued 2/21/2008, Answer Due 3/24/2008. (Sweeney, Carolyn) (Entered: 02/21/2008) |
| 02/22/2008 | 5 | Summons Service Executed on Richard P. D'Addario 2/22/2008 . Declaration re: Electronic Filing, Form P.4 Due By: 3/10/2008. (Boyajian, Steven) (Entered: 02/22/2008) |
| 02/25/2008 | 6 | Order Striking Without Prejudice Defective Document 5 Summons Service Executed. **Attorney Steven Boyajian is not a party to this case - his login and password may not be used to electronically file a document in this case** (Sweeney, Carolyn) (Entered: 02/25/2008) |
| 02/26/2008 | 7 | Summons Service Executed on Richard P. D'Addario 2/22/2008 . Declaration re: Electronic Filing, Form P.4 Due By: 3/12/2008. (Richardson, Andrew) (Entered: 02/26/2008) |
| 02/27/2008 | 8 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 6 Order Striking) Service Date 02/27/2008. (Admin.) (Entered: 02/28/2008) |
| 03/05/2008 | 9 | Declaration Re: Electronic Filing P.4 (related document(s)7 Summons Service Executed). (Sweeney, Carolyn) (Entered: 03/05/2008) |
| 03/26/2008 | 10 | Order to Show Cause in Writing against Plaintiff Stacy B. Ferrara why the adversary proceeding should not be dismissed for lack of prosecution (related |

| | | |
|---|---|---|
| | | document(s) 1 Complaint filed by Plaintiff Stacy B. Ferrara). Responses due by 4/7/2008. (Sweeney, Carolyn) (Entered: 03/26/2008) |
| 03/28/2008 | 11 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 10 Order to Show Cause in Writing, ) Service Date 03/28/2008. (Admin.) (Entered: 03/29/2008) |
| 04/02/2008 | 12 | Stipulation By Defendants Richard P. D'Addario, Richard P. D'Addario, Plaintiffs Stacy B. Ferrara, Stacy B. Ferrara (related document(s)1 Complaint, filed by Plaintiff Stacy B. Ferrara). Filed by Defendants Richard P. D'Addario, Richard P. D'Addario, Plaintiffs Stacy B. Ferrara, Stacy B. Ferrara. (Richardson, Andrew) (Entered: 04/02/2008) |
| 04/03/2008 | 13 | Order Denying 12 Stipulation extending time as no reasons are given for the extension. (Sweeney, Carolyn) (Entered: 04/03/2008) |
| 04/05/2008 | 14 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 13 Order) Service Date 04/05/2008. (Admin.) (Entered: 04/06/2008) |
| 04/08/2008 | 15 | Motion to Extend Time until May 2, 2008 to File Answer or Otherwise Plead to Complaint Filed by Plaintiff Stacy B. Ferrara (related document(s)1 Complaint, filed by Plaintiff Stacy B. Ferrara). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) (Entered: 04/08/2008) |
| 04/09/2008 | 16 | Order Granting 15 Motion to Extend Time to file answer or otherwise plead to complaint. Updated Deadline Due By:5/2/2008. (Sweeney, Carolyn) (Entered: 04/09/2008) |
| 04/11/2008 | 17 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 16 Order on Motion to Extend Time) Service Date 04/11/2008. (Admin.) (Entered: 04/12/2008) |
| 05/01/2008 | 18 | Answer to Complaint Filed by Richard P. D'Addario (related document(s)7 Summons Service Executed, 1 Complaint, filed by Plaintiff Stacy B. Ferrara). (Penza, Joseph) (Entered: 05/01/2008) |
| 05/02/2008 | | Other Deadlines Updated (related document(s) 1 Complaint filed by Plaintiff Stacy B. Ferrara). Discovery Plan Due by:6/9/2008. Issue Scheduling Order on: 6/16/2008. (Sweeney, Carolyn) (Entered: 05/02/2008) |
| 05/06/2008 | 19 | Motion for Withdrawal of Reference . Fee Amount $150 Filed by Defendant Richard P. D'Addario (related document(s)1 Complaint, filed by Plaintiff Stacy B. Ferrara). Objections to Motion Due: 5/19/2008. (Attachments: # 1 Civil Cover Sheet# 2 Memorandum of Law In Support Of Motion To Withdraw The Reference# 3 Exhibit A & B to Memorandum In Support Of |

| | | |
|---|---|---|
| | | Motion To Withdraw The Reference) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Wieck, Robert) (Entered: 05/06/2008) |
| 05/06/2008 | | Receipt of filing fee for Motion for Withdrawal of Reference(1:08-ap-01009) [motion,mwdrefad] ( 150.00). Receipt number 816003, amount $ 150.00. (U.S. Treasury) (Entered: 05/06/2008) |
| 05/19/2008 | | Notice of Appearance and Request for Notice (Text Only) Filed by Steven J. Boyajian on behalf of Stacy B. Ferrara. (Boyajian, Steven) (Entered: 05/19/2008) |
| 05/19/2008 | 20 | Motion to Extend Time until May 23, 2008 to object to Defendant's motion to withdraw the automatic reference Filed by Plaintiff Stacy B. Ferrara (related document(s)19 Motion for Withdrawal of Reference,, filed by Defendant Richard P. D'Addario). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Boyajian, Steven) (Entered: 05/19/2008) |
| 05/20/2008 | 21 | Order Granting 20 Motion to Extend Time until 5/23/2008 to object to 19 Defendant's Motion for Withdrawal of Reference. Updated Deadline Due By:5/23/2008. (Sweeney, Carolyn) (Entered: 05/20/2008) |
| 05/22/2008 | 22 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 21 Order on Motion to Extend Time) Service Date 05/22/2008. (Admin.) (Entered: 05/23/2008) |
| 05/23/2008 | 23 | Objection Filed by Plaintiff Stacy B. Ferrara re 19 Motion for Withdrawal of Reference,, filed by Defendant Richard P. D'Addario). (Attachments: # 1 Memorandum of Law) (Boyajian, Steven) (Entered: 05/23/2008) |